AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

BRENDA COMEAU AND
KENDRA LARKIN

V.

O'CHARLEY'S, INC., AND
99 RESTAURANTS, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 11088 JLT

TO: (Name and address of Defendant)

O'CHARLEY'S, INC.
3038 Sidco Drive,
Nashville, TN  37204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Whitfield Larrabee, Esq., 4 Cypress Street, Suite 6, Brookline, MA 02445,

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

MAY 25 2005

DATE

(By) DEPUTY CLERK

≊AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6/14/05 |
| NAME OF SERVER *(PRINT)* J. Whitfield Larrabee | TITLE Attorney for the Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): see attached proof of service

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/14/05
              Date

*Signature of Server:* J. Whitfield Larrabee

*Address of Server:* 4 Cypress Street, Brookline, MA 02445

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Proof and Return of Service

I, J. Whitfield Larrabee, hereby certify and return that on June 1, 2005, I mailed via certified mail, return receipt requested, a copy of the attached summons together with a copy of the complaint to Lawrence E. Hyatt, Registered Agent for Service of Process, O'Charley's, Inc., 3038 Sidco Drive, Nashville, TN 37204 in accordance with Federal R.Civ. P. 4(e)(1), Mass. R. Civ. P. 4(c) and 4(e), and Mass. Gen. Laws ch. 223A sec. 3. Defendant received said summons and complaint on 6/6/2005. See attached cover letter, certified mail receipt and return receipt.

Signed under the penalties of perjury.

Dated: June 14, 2005

J. Whitfield Larrabee
Attorney for the Plaintiffs
Brenda Comeau and Kendra Larkin

# J. WHITFIELD LARRABEE

larrabee@corporateliabilitylaw.com
web: www.corporateliabilitylaw.com

TRIAL & APPELLATE LAWYER
4 CYPRESS STREET, SUITE 6
BROOKLINE, MASSACHUSETTS 02445

Telephone: (617) 566-3670
Facsimile: (617) 507-6435

June 1, 2005

Lawrence E. Hyatt
Registered Agent for Service of Process
O'Charley's, Inc.
3038 Sidco Drive
Nashville, TN 37204

Re: <u>Brenda Corneau and Kendra Larkin v. O'Charley's, Inc. and 99 Restaurants, LLC</u>,
United States District Court for the District of Massachusetts,
Civil Action No. 05 11088 JLT

Dear Sir:

Enclosed please find a copy of the Complaint and Demand For Trial By Jury and a copy
of the [...] ion.

[...] u under the Massachusetts long-arm statute, G.L.c.
[...] s. R. Civ. P. 4(c) and Mass. R. Civ. P. 4(e).

[...] ntion to this matter.

Very truly yours,

J. Whitfield Larrabee

J. Whitfield Larrabee