AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

BRENDA COMEAU AND KENDRA LARKIN
V.
O'CHARLEY'S, INC. AND 99 RESTAURANTS, LLC

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 11088 JLT

TO: (Name and address of Defendant)

99 RESTAURANTS, LLC
3038 Sidco Drive
Nashville, TN 37204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Whitfield Larrabee, Esq., 4 Cypress St., Suite 6, Brookline, MA 02445,

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

MAY 25 2005

DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

June 3, 2005

I hereby certify and return that on 6/2/2005 at 2:35PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to G.Brown, agent and person in charge at the time of service for 99 Restaurants, LLC, at , C/O CT Corporation Systems, 101 Federal Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

John Cotter
Deputy Sheriff

Deputy Sheriff John Cotter

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ Date

____________________ *Signature of Server*

____________________ *Address of Server*

0502883