FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS 2005 SEP 30  P 12: 03

U.S. DISTRICT COUR
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| BRENDA COMEAU AND | ) | |
| KENDRA LARKIN , | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| O'CHARLEY'S, INC., AND | ) | CIVIL ACTION NO. 05-11088-JLT |
| 99 RESTAURANTS, LLC, | ) | |
| Defendants | ) | |
| | ) | |

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

### I.  PROPOSED AGENDA

To establish deadlines for completing discovery, filing motions, the pretrial schedule, u i the trial date.

### II.  PROPOSED PRETRIAL SCHEDULE

1. Service of, and compliance with, written discovery requests and automatic disclosure completed: February 1, 2006.

2. The completion of depositions: May 1, 2006.

3. The identification of trial experts by plaintiff: June 15, 2006.

4. The sequence of disclosure of information regarding experts  contemplated by Fed. R. Civ. P. 26(b) by plaintiff: July 15, 2006.

5. The identification of trial experts by defendants: August 1, 2006.

6. The sequence of disclosure of information regarding experts  contemplated by Fed. R. Civ. P. 26(b) by defendants: September 5, 2006.

7. The filing of motions for summary judgment and other pretrial motions completed by September 5, 2006.

8. A settlement conference, to be attended by trial counsel and, in the discretion of the judge, their clients: September 5, 2006.

9. Final pretrial conference: October 2, 2006.

10. Trial Date: November 6, 2006.

### III.  TRIAL BY MAGISTRATE

The parties do not agree to trial by magistrate judge.

### IV.  CERTIFICATES OF CONFERENCES WITH PARTIES

Plaintiff's attorney expects to file the plaintiffs' certificates at the scheduling conference
Defendants' attorney expects to file the defendants' certificates at the scheduling conference.

Respectfully submitted,

| | |
|---|---|
| O'Charley's, Inc.<br>99 Restaurants, LLC<br>By their attorney, | Brenda Comeau,<br>Kendra Larkin,<br>By their attorney, |

Elizabeth A. Kowal
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457-4000
BBO # 646326

V. Whitfield Larrabee
4 Cypress Street, Suite 6
Brookline, MA 02445
(617) 566-3670
BBO # 553499