UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRENDA COMEAU and
KENDRA LARKIN,

      Plaintiffs,

v.      Civil Action No. 05-11088-JLT

O'CHARLEY'S, INC. and
99 RESTAURANTS, LLC,

      Defendants.

## ORDER

October 4, 2005

TAURO, J.

After a conference on October 4, 2005, this court hereby orders that:

1. Plaintiffs may depose the following: (1) Scott Hand; (2) Jack Craig; (3) Sheryl Whitney; (4) Bob Luz; (5) O'Charley's, Inc. pursuant to Rule 30(b)(6); (6) 99 Restaurants, LLC pursuant to Rule 30(b)(6);

2. Plaintiffs may conduct interrogatories of employees of Defendants O'Charley's, Inc., and 99 Restaurants;

3. Defendants may depose the following: (1) Brenda Comeau; and (2) Kendra Larkin;

4. All depositions must be completed by April 28, 2006;

5. No additional discovery will be permitted without leave of this court; and

6. The Parties will appear before the court on May 9, 2006 at 10:00 a.m. for a

    Further Conference.

IT IS SO ORDERED.

                                                                                /s/ Joseph L. Tauro
                                                                 United States District Judge