UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

BRENDA COMEAU AND )
KENDRA LARKIN, )
    Plaintiffs )
)
vs. )
)
O'CHARLEY'S, INC., AND ) CIVIL ACTION NO. 05-11088-JLT
99 RESTAURANTS, LLC, )
    Defendants )
_____ )

### PLAINTIFFS' LIST OF PERSONS TO BE DEPOSED

The plaintiffs want to depose the following persons:

1. Scott Hand

2. Jack Craig

3. Cheryl Whitney

4. Bob Luz

The following persons the plaintiffs may want to depose depending on the course of discovery and of the plaintiff's investigation:

5. Chief financial officer for each of the corporate defendants.

6. Human resource personnel for the 99 Restaurants, if any, and any other individuals who were involved in the investigation of any complaints made by the plaintiffs.

7. Amy Favalaro

9. Adam Jones

10. Kristen Timrick

11. Charlie Noyse

12. Steven McGovern

13. Marriane l/n/u

14. Jill l/n/u.

15. Sue Jones

16. Molly l/n/u.

17. Laura Snyder

18. Debbie Morgan

19. Any witnesses listed in the defendants' or the plaintiffs' written disclosure forms submitted under Local Rule 26.1(B)(1).

20. Such other witnesses and employees of the defendants as shall be determined in the course of investigation and discovery.

Dated: October 3, 2005

Respectfully submitted,
Kendra Larkin and Brenda Comeau
by their attorney,

*J. Whitfield Larrabee* (signature)

J. Whitfield Larrabee
4 Cypress Street, Suite 6
Brookline, MA 02445
(617) 566-3670
BBO # 553499

## Certificate of Service

I, J. Whitfield Larrabee, hereby certify that I served a copy of the above document, Plaintiffs' List of Persons to Be Deposed, by hand on counsel for the defendants.

Dated: October 4, 2005

J. Whitfield Larrabee