UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRENDA COMEAU, and ]
KENDRA LARKIN, ]            CIVIL ACTION NO. 05-11088 JLT
    Plaintiffs ]
     ]
     ]
v. ]
     ]
O'CHARLEY'S, INC., and ]
99 RESTAURANTS, LLC, ]
    Defendants ]

### CERTIFICATION UNDER LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), Plaintiffs and their counsel hereby certify that

they have conferred: (a) with a view to establishing a budget for the costs of conducting

the full course, and various alternative courses, of this litigation; and (b) to consider the

resolution of this litigation through the use of alternative dispute resolution programs

such as those outlined in Local Rule 16.4.

O'CHARLEY'S, INC. and                    O'CHARLEY'S, INC. and
99 RESTAURANTS, LLC                      99 RESTAURANTS, LLC

By:_____             By its attorneys,
    Robert Luz, Vice President
    Human Resources
    99 Restaurants, LLC                _____
    160 Olympic Avenue                 Hugh F. Murray, III, BBO #557175
    Woburn, MA 01801                   Elizabeth A. Kowal, BBO #646326
    (781) 933-8999                     Murtha Cullina LLP
                                       99 High Street
                                       Boston, MA 02110
DATED: _10/3/05_____, 2005             617-457-4000

314958-1