UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA COMEAU, and<br>KENDRA LARKIN,<br>    Plaintiffs<br><br>v.<br><br>O'CHARLEY'S, INC., and<br>99 RESTAURANTS, LLC,<br>    Defendants | CIVIL ACTION NO. 05-11088 JLT |

## O'CHARLEY'S, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, O'Charley's, Inc. makes the following disclosure:

O'Charley's, Inc. is a publicly held company. There is no parent corporation or publicly held company that owns 10% or more of O'Charley's, Inc.

                                        O'CHARLEY'S, INC. and
                                        99 RESTAURANTS, LLC

                                        By its attorneys,

                                        */s/ Elizabeth A. Kowal*
                                        Hugh F. Murray, III, BBO #557175
                                        Elizabeth A. Kowal, BBO #646326
                                        Murtha Cullina LLP
                                        99 High Street
                                        Boston, MA 02110

DATED: October 4, 2005              617-457-4000

315130-1