UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRENDA COMEAU, and        ]
KENDRA LARKIN,            ]    CIVIL ACTION NO. 05-11088 JLT
    Plaintiffs           ]
                          ]
                          ]
v.                        ]
                          ]
O'CHARLEY'S, INC., and    ]
99 RESTAURANTS, LLC,      ]
    Defendants           ]

**99 RESTAURANTS, LLC's
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, 99 Restaurants, LLC makes the following disclosure:

99 Restaurants, LLC is a subsidiary of its parent company, O'Charley's, Inc., a publicly held corporation.

          O'CHARLEY'S, INC. and
          99 RESTAURANTS, LLC

          By its attorneys,

          */s/ Elizabeth A. Kowal*
          Hugh F. Murray, III, BBO #557175
          Elizabeth A. Kowal, BBO #646326
          Murtha Cullina LLP
          99 High Street
          Boston, MA 02110

DATED: October 4, 2005          617-457-4000

315132-1