UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER:
05-10563 JLT

HERBERT C. PERRY, )
       Plaintiff )
        )
v. )
        )
RYAN LEMAY and ADVANCED )
DELIVERY SYSTEMS, INC., )
       Defendants )
        )

## JOINT STATEMENT
## PURSUANT TO LR 16.1

The Parties to the above-captioned action hereby submit the following proposed pre-trial schedule:

1. All discovery, including interrogatories, requests for production of documents, requests for admissions and depositions (excluding expert depositions), shall be completed on or before April 1, 2006.

2. The Plaintiff, Herbert C. Perry, may be examined by an Independent Medical Physician of defendant's choosing, on or before June 1, 2006.

3. The parties shall supplement their expert interrogatories and file their expert disclosures pursuant to F.R.C.P. 26(a)(2)(B) on or before ninety (90) days prior to trial.

4. Any expert depositions shall be completed within thirty (30) days prior to trial.

5. Any and all dispositive motions shall be filed on or before sixty (60) days prior to trial.

See attached Certifications relative to LR 16.1(D)(3).

Respectfully submitted,

_____
Sal J. Germani, Esquire
BBO# 547991
Germani & Germani, P.C.
50 Union Street
PO Box 2178
Attleboro, MA 02703
508-222-5858

Respectfully submitted,

_____
Mark S. Bodner, Esquire
BBO# 546005
Kenner, Engelberg, Bratcher & Whalen
60 State Street, Suite 600
Boston, MA 02109
617-371-4141

2\perry\joint statement

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CASE NUMBER:
05-10563 JLT

| | |
|---|---|
| HERBERT C. PERRY, <br> Plaintiff <br><br> v. <br><br> RYAN LEMAY and ADVANCED <br> DELIVERY SYSTEMS, INC., <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION
## LR 16.1(D)(3)

I certify that Ryan LeMay and Advanced Delivery Systems, Inc., Defendants, and their counsel, Mark S. Bodner, Esquire, have conferred to establish a budget for the full litigation of the above captioned matter, as well as a budget for the various alternatives.

Further, Ryan LeMay and Advanced Delivery Systems, Inc., Defendants, and their counsel have discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR or trial.

Respectfully submitted,
The Defendants
By their Attorney,

_____
Mark S. Bodner, Esquire
BBO# 546005
Kenner, Engelberg, Bratcher & Whalen
60 State Street, Suite 600
Boston, MA 02109
617-371-4141
617-371-4140 Fax

2\perry\certifications

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER:
05-10563 JLT

HERBERT C. PERRY,
    Plaintiff

v.

RYAN LEMAY and ADVANCED
DELIVERY SYSTEMS, INC.,
    Defendants

## CERTIFICATION
### LR 16.1(D)(3)

I certify that Herbert C. Perry, Plaintiff, and his counsel, Sal J. Germani, Esquire, have conferred to establish a budget for the full litigation of the above captioned matter, as well as a budget for the various alternatives.

Further, Herbert C. Perry, Plaintiff, and his counsel have discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR or trial

Respectfully submitted,
The Plaintiff
By his Attorney,

_____
Sal J. Germani, Esquire
BBO# 547991
Germani & Germani, P.C.
50 Union Street
PO Box 2178
Attleboro, MA 02703
508-222-5858
508-222-9906 Fax