UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRENDA COMEAU and<br>KENDRA LARKIN, | *<br>*<br>* | |
| Plaintiffs, | *<br>* | |
| v. | *<br>* | Civil Action No. 05-11088-JLT |
| | * | |
| O'CHARLEY'S, INC. and<br>99 RESTAURANTS, LLC, | *<br>*<br>* | |
| Defendants. | * | |

<u>ORDER</u>

May 9, 2006

TAURO, J.

After a conference held on May 9, 2006, this court hereby orders that:

1.    Plaintiffs may serve Defendants with interrogatories on the issues of Defendants' net worth and punitive damages, pursuant to the discussion in open court;

2.    The abovementioned interrogatories must be sent and answered by July 31, 2006;

3.    The Parties may exchange requests for admissions;

4.    The abovementioned requests for admissions must be filed and answered by July 31, 2006;

5.    Plaintiffs have until July 1, 2006 to file their expert designations;

6.    Plaintiffs have until August 31, 2006 to file their expert reports;

7.    Defendants have until September 29, 2006 to file their expert designations;

8.    Defendants have until October 31, 2006 to file their expert reports; and

9.     A Final Pretrial Conference will be held on November 7, 2006 at 10:00 a.m.

IT IS SO ORDERED.

            /s/ Joseph L. Tauro     
United States District Judge