UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRENDA COMEAU, and | ] | |
| KENDRA LARKIN, | ] | CIVIL ACTION NO. 05-11088 JLT |
|     Plaintiffs | ] | |
| | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| O'CHARLEY'S, INC., and | ] | |
| 99 RESTAURANTS, LLC, | ] | |
|     Defendants | ] | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

    I, Elizabeth A. Kowal, hereby give notice of my withdrawal as counsel for the defendants, O'Charley's, Inc. and 99 Restaurants, LLC. Said defendants continue to be represented by attorney Hugh F. Murray III of Murtha Cullina LLP. All future correspondence to and communications with Murtha Cullina LLP should be directed to Attorney Murray as follows:

    Hugh F. Murray III, Esq.
    Murtha Cullina LLP
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103-3469
    hmurray@murthalaw.com
    860-240-6000

    /s/ Elizabeth A. Kowal_____
    Elizabeth A. Kowal, BBO #646326
    Murtha Cullina LLP
    99 High Street
    Boston, MA 02110
    617-457-4000
    ekowal@murthalaw.com

DATED: October 23, 2006

341415-1

CERTIFICATE OF SERVICE

      I, Elizabeth A. Kowal, hereby certify that I have this 23rd day of October 2006, electronically filed my Notice of Withdrawal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

J. Whitfield Larrabee, Esq.
4 Cypress Street, Suite 6
Brookline, MA 02445

          /s/ Elizabeth A. Kowal
          Elizabeth A. Kowal, BBO #646320
          Murtha Cullina LLP
          99 High Street
          Boston, MA 02110
          617-457-4000
          ekowal@murthalaw.com