UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRENDA COMEAU, and | ] | |
| KENDRA LARKIN, | ] | CIVIL ACTION NO. 05-11088 JLT |
| Plaintiffs | ] | |
| | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| O'CHARLEY'S, INC., and | ] | |
| 99 RESTAURANTS, LLC, | ] | |
| Defendants | ] | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendants, O'Charley's, Inc. and 99 Restaurants, LLC.

/s/ Tina R. Matsuoka
Tina R. Matsuoka, BBO #651901
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4132
tmatsuoka@murthalaw.com

DATED:   January 23, 2007

CERTIFICATE OF SERVICE

I, Tina R. Matsuoka, hereby certify that I have this 23rd day of January 2007, I electronically filed my Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

J. Whitfield Larrabee, Esq.
251 Harvard Street, Suite 9
Brookline, MA 02466
jw.larrabee@verizon.net

/s/ Tina R. Matsuoka
Tina R. Matsuoka, BBO #651901

347327-1