**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BRENDA COMEAU and KENDRA LARKIN
        Plaintiffs

       V.

O'CHARLEY'S, INC. and 99 RESTAURANT LLC
        Defendants

CIVIL ACTION

NO.  05-11088-JLT

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Tauro

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  January 29, 2007,  I held the following ADR proceeding:

      __ SCREENING CONFERENCE      __ EARLY NEUTRAL EVALUATION
      _X_ MEDIATION      __ SUMMARY BENCH / JURY TRIAL
      __ MINI-TRIAL      __ SETTLEMENT CONFERENCE

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[ ]    Settled.  A __ day order of dismissal has been entered.

[ ]    There was progress.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:

January 30, 2007                /s/ Kenneth P. Neiman
DATE                             ADR Provider

                                            KENNETH P. NEIMAN, Chief Magistrate Judge