UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BRENDA COMEAU and KENDRA LARKIN,**
    **Plaintiffs,**

    V            CA 05-11088

**O'CHARLEY'S INC., and 99 RESTAURANT LL.,**
    **Defendants.**

### SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on April 10, 2007 by counsel for the parties that the above action has been settled:   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **30** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                        Zita Lovett
                                          /s/
                                        _____
                                        **Deputy Clerk**

April 10, 2007.